FRANCES McCAFFREY, Respondent, *v.* THE PRESIDENT, MAN-
AGERS AND COMPANY OF THE DELAWARE AND HUDSON
CANAL COMPANY, Appellant.

(Argued January 31, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made November 30, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order
denying a motion for a new trial.

*Edwin Young* for appellant.

*Charles E. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

C. FRANK PITCHER, Respondent, *v.* THE LAKE SHORE AND
MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant.

(Argued February 1, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 23, 1891, which affirmed a judgment in favor
of plaintiff entered upon a verdict and affirmed an order deny-
ing a motion for a new trial.

*Daniel H. McMillan* for appellant.

*Norris Morey* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, PECKHAM and GRAY, JJ., not
voting.
Judgment affirmed.